UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE<br><br>and<br><br>JOHN DOE<br><br>       Plaintiffs,<br><br>  vs.<br><br>CARL RISCH, *Assistant Secretary for Consular Affairs, U.S. Dept. of State, et. al*<br><br>       Defendant(s) | Case No.: 05:18-cv-04583-NC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER THE PSEUDONYMS JANE DOE AND JOHN DOE<br><br>Re: ECF 13 |

Plaintiffs on July 31, 2018, filed and served an administrative motion seeking permission to proceed with this action using the pseudonyms Jane Doe and John Doe. No opposition has been filed. Having considered the Plaintiffs' memorandum in support of the motion, and weighing Plaintiffs' need for anonymity against the prejudice to the Defendants and the public's interest in knowing the Plaintiffs' identity, the Court orders as follows:

GOOD CAUSE established, Plaintiffs' Motion to Proceed Using the Pseudonyms Jane Doe and John Doe is hereby GRANTED.  This order is without prejudice to a later motion by any defendant seeking to unseal the Plaintiffs' identities, given that no defendant has yet appeared in this case.  If defendants later move to unseal the identities of the Plaintiffs, the Court will give the Plaintiffs an opportunity to respond.  Plaintiffs' counsel must within 3 days of this order file with the Court, and serve upon opposing counsel, a document under seal that reveals the true names of the Plaintiffs.

Dated: August 13, 2018

_____
Hon. Nathanael Cousins
United States Magistrate Judge